Petition for writ of certiorari to the Supreme Court of North Carolina denied for the want of a final judgment. *Messrs. J. W. Pless* and *Kester Walton* for petitioner. *Mr. J. Y. Gordan, Jr.* for respondent.

No. 633. SHAKESPEARE COMPANY *v.* ENTERPRISE MANUFACTURING Co. ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William S. Hodges* for petitioner. *Messrs. Arthur C. Denison* and *A. L. Ely* for respondents.

Nos. 641 and 642. CARNEGIE-ILLINOIS STEEL CORP. ET AL. *v.* COLD METAL PROCESS Co. February 26, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Merrell E. Clark* and *John E. Jackson* for petitioners. *Messrs. Thomas G. Haight* and *Walter J. Blenko* for respondent.

No. 644. NATIONAL BISCUIT Co. *v.* SEYMOUR ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William C. Cannon* and *Ralph E. Cooper* for petitioner. *Mr. John L. Seymour* for respondents.

No. 657. SHARPE *v.* COMMISSIONER OF INTERNAL REVENUE. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul F. Myers* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,*